IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 123-049 |
| | ) | |
| JACOB CHRISTIAN BUTLER | ) | |

_____

O R D E R

_____

For the reasons stated on the record during today's *ex parte* motion hearing, (doc. nos. 36, 37), there is no reasonable cause to believe Defendant is suffering from a mental disease or defect rendering him mentally incompetent to the extent he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.  18 U.S.C. § 4241(a).  Thus, defense counsel's *ex parte* motion for a psychological examination is **DENIED**.  (Doc. nos. 33, 35.)

SO ORDERED this 22nd day of February, 2024, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA