UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | CR123-049 |
| ) | |
| JACOB CHRISTIAN BUTLER  ) | |

### ORDER ON MOTION FOR LEAVE OF ABSENCE

**David N. Ghazi** having made application to the Court for a leave of absence, and it being evident from the application that the provisions of Local Rule 83.9 have been complied with, and no objections having been received;

**IT IS HEREBY ORDERED THAT** David N. Ghazi be granted leave of absence for the following periods: June 10, 2024 through June 21, 2024; and August 12, 2024 through August 23, 2024.

**ORDERED**, this the 22nd day of April, 2024.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA